UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-21335-CIV-GOLD/WHITE

JORGE MORALES,

      Petitioner,

v.

WALTER A. McNEIL,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 16]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge White's Report and Recommendation ("the Report") **[DE 16]**, filed June 14, 2010. In the Report, Judge White recommends that the petition for writ of habeas corpus **[DE 1]** be dismissed as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2) and that Petitioner is not entitled to review on the merits. Movant has not filed objections to the Report, and the time for doing so has expired. Upon an independent review of the well-reasoned Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

    1. The Magistrate Judge's Report **[DE 16]** is AFFIRMED AND ADOPTED.

    2. The Petition for Writ of Habeas Corpus **[DE 1]** is DENIED.

    3. All pending motions are DENIED AS MOOT and this case is CLOSED.

    DONE and ORDERED in Chambers at Miami, Florida, this 13 day of July, 2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White

Jorge Morales, *Pro Se*
# 196014
Okaloosa Correctional Institution
3189 Little Silver Rd.
Crestview, FL 32539

Natalia Costea, Ass't Atty. Gen'l
Office of the Attorney General
Department of Legal Affairs
444 Brickell Avenue
Suite 650
Miami, Fl 33131